# United States District Court

FOR THE

*FILED*

E-filing

## NORTHERN DISTRICT OF CALIFORNIA
### CRIMINAL DIVISION

JUL 17 PM 1:45

VENUE: SAN FRANCISCO

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

### UNITED STATES OF AMERICA,

### V.

 

MIRIAM DE LA FUENTE-JIMINEZ

**SI**

### DEFENDANT.

---

# INDICTMENT

Title 18, U.S.C. § 1326 - Illegal Re-Entry After
Deportation

---

*INDICT*

A true bill.

_____
Foreman

---

Filed in open court this ___17___ day of __JULY__
2008

**Brenda Tolbert**
Clerk

MARIA-ELENA JAMES

Bail, $ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

☐ SUPERSEDING

—— OFFENSE CHARGED ——

Count 1: 8 USC section 1326,
Illegal Re-Entry After Deportation

☐ Petty
☐ Minor
☐ Misde-
meanor
☒ Felony

E-filing

PENALTY:

Class D Felony: Max. 10 years imprisonment; $250,000 fine;
3 years supervised release; $100 special assessment;
potential deportation

—— Name of District Court, and/or Judge/Magistrate Location ——

NORTHERN DISTRICT OF CALIFORNIA

FILED

08 JUL 17 PM 1:45

CLERK, U.S. DISTRICT COURT
MIRIAM DE LA PUENTE JIMINEZ
DISTRICT COURT NUMBER

DISTRICT COURT NUMBER

CR 08     0475

SI

—— PROCEEDING ——

Name of Complaintant Agency, or Person (&Title, if any)

DHS/ICE Deportation Officer Cesar Lopez

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:                          SHOW
☐ U.S. Att'y ☐ Defense          DOCKET NO.

☐ this prosecution relates to a
pending case involving this same
defendant
☐ prior proceedings or appearance(s)    MAGISTRATE
before U.S. Magistrate regarding         CASE NO.
☒ this defendant were recorded under
3-08-70424 MEJ

Name and Office of Person
Furnishing Information on          Joseph P. Russoniello
THIS FORM
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)          Denise Marie Barton

—— DEFENDANT ——

IS *NOT* IN CUSTODY
    Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons
    was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other
    charges           } ☐ Fed'l ☐ State

    If answer to (6) is "Yes", show name of institution

Has detainer    ☒ Yes    If "Yes"
been filed?     ☐ No    } give date
                          filed    7/11/2008

DATE OF         Month/Day/Year
ARREST

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED      Month/Day/Year
TO U.S. CUSTODY       7/11/2008

☐ This report amends AO 257 previously submitted

—— ADDITIONAL INFORMATION OR COMMENTS ——

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                       or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED

08 JUL 17 PH 1:45

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No.: CR 08 **0475** |
| Plaintiff, | |
| v. | VIOLATION: 8 U.S.C. § 1326 -- Illegal **SI** Reentry Following Deportation |
| MIRIAM DE LA FUENTE-JIMINEZ, | SAN FRANCISCO VENUE |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about February 7, 2007 and February 12, 2007, the defendant,

MIRIAM DE LA FUENTE-JIMINEZ,

an alien, was excluded, deported and removed from the United States, and thereafter, on or about

December 27, 2007, was found in the Northern District of California, the Attorney General of the

United States and the Secretary for Homeland Security not having expressly consented to a re-

//

//

INDICTMENT

1 | application by the defendant for admission into the United States, in violation of Title 8, United

2 | States Code, Section 1326.

3

4

5 | DATED: July 17, 2008                    A TRUE BILL.

6 | 7 - 17 - 0 8

7 | FOREPERSON

8

9 | JOSEPH P. RUSSONIELLO
United States Attorney

10

11

12 | KYLE F. WALDINGER
Deputy Chief, Major Crimes Section

13

14

15

16 | (Approved as to form: _____
AUSA BARTON

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                    2