JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CASBN 195046)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7144
Fax: (415) 436-7234
Email: allison.danner@usdoj.gov

Attorneys for the United States of America

FILED
08 JUL 17 PM 1:37
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 08    0474    WHA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | UNITED STATES' APPLICATION TO SEAL INDICTMENT AND [PROPOSED] ORDER |
| v. | |
| CHRISTOPHER MARCUS HAMILTON, | (UNDER SEAL) |
| Defendant. | |

The government hereby moves the Court for an order sealing the indictment, this motion, and the Court's sealing order until further order of the Court. The United States is concerned that Christopher Hamilton poses a risk of flight if he learns of the indictment in this matter before he is arrested and brought before the Court for his initial appearance. Should the Court grant this motion, the government intends to ask the Court to unseal the indictment at defendant's initial appearance. The United States requests that this Court order the Clerk of the Court to furnish copies of the arrest warrant to the United States Attorney's Office and to Special Agents of Immigration and Customs Enforcement. The United States also requests copies of the sealed

1

1  Indictment and this Application and Order.

2  DATED: July 17, 2008                    Respectfully submitted,

3                                           JOSEPH P. RUSSONIELLO
4                                           United States Attorney

5                                           /s/ Allison M. Danner
6                                           ALLISON M. DANNER
                                            Assistant United States Attorney
7

8

9

10                        **[PROPOSED] ORDER**

11       Based upon the motion of the government and for good cause shown, IT IS HEREBY
12  ORDERED that the indictment, this motion, this sealing order, and all related papers shall be
13  sealed until further order of the Court. The Clerk of the Court is ordered to furnish copies of the
14  Indictment and arrest warrant in this matter to the United States Attorney's Office and to Special
15  Agents of Immigration and Customs Enforcement. The Clerk of the Court is also ordered to
16  furnish copies of the United States' Sealing Application and this Sealing Order to the United
17  States Marshals Service, Special Agents of Immigration and Customs Enforcement, and the U.S.
18  Attorney's Office..

19
20  DATED: July 17, 2008
                                            MARIA-ELENA JAMES
21                                          United States Magistrate Judge

22

23

24

25

26

27

28

2