**FILED**

JUL 18 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7144
FAX: (415) 436-7234
Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> CHRISTOPHER MICHAEL HAMILTON, <br> Defendants. | No. CR 08-0474 WHA <br><br> **UNITED STATES' APPLICATION TO UNSEAL CASE FILE** |

The United States hereby moves this Court to UNSEAL the case file following the self-surrender of the defendant on July 18, 2008.

DATED: July 18, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

ALLISON M. DANNER
Assistant United States Attorney

UNSEALING APPLICATION
CR 08-0474 WHA