**FILED**

JUL 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0474 WHA |
| Plaintiff, | **UNSEALING ORDER** |
| v. | |
| CHRISTOPHER MICHAEL HAMILTON, | |
| Defendant. | |

Good cause appearing therefor, it is hereby ordered that the case file be UNSEALED.

DATED: July 18 2008

MARIA-ELENA JAMES
United States Magistrate Judge

UNSEALING ORDER
CR 08-0474 WHA