1  JOSEPH P. RUSSONIELLO (CSBN 4432)          *FILED*
   United States Attorney
2                                             03 JUL 25 PM 3: 35
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division                   RICHARD W. WIEKING
                                              CLERK, U.S. DISTRICT COURT
4  ALLISON MARSTON DANNER (CSBN 195046)       NORTHERN DISTRICT OF CALIFORNIA
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7144
7     FAX: (415) 436-7234
      Email:allison.danner@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,      )      No.  CR 08-0474 WHA
14                                  )
                Plaintiff,          )      MOTION TO FILE AMENDED RETURNS
15                                  )      TO   SEARCH   WARRANTS   AND
           v.                       )      [PROPOSED] ORDER
16                                  )
    CHRISTOPHER HAMILTON,           )
17                                  )
                Defendant.          )
18  _____)

19
        The government hereby seeks leave to file amended returns to the search warrants issued by
20
    the Honorable Bernard Zimmerman on June 16, 2008 and executed at Storage Unit 6-404, Fort Knox
21
    Self Storage, 370 Turk Street, San Francisco, California on June 16, 2008. The original returns and
22

23

24

25

26

27

28

   MOTION TO FILE OF AMENDED RETURNS
   TO SEARCH WARRANTS
   No.  CR 08-0474 WHA

1  the amended returns are attached to the Declaration of Special Agent Appio, filed with this motion.

2

3

4  DATED: July 25, 2008

5                                                          Respectfully submitted,

6                                                          JOSEPH P. RUSSONIELLO
                                                           United States Attorney

7

8                                                          ALLISON MARSTON DANNER

9                                                          Assistant United States Attorney

10

11  For good cause shown, the Court accepts the amended returns attached as Exhibit B to the

12  Declaration of Special Agent Michael J. Appio and orders that they be made part of the case file in

13  the above-captioned case.

14

    SO ORDERED.
15

16

17  DATED: 25 July 08

18                                                         Honorable BERNARD ZIMMERMAN
                                                           United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

MOTION TO FILE OF AMENDED RETURNS
TO SEARCH WARRANTS
No.  CR 08-0474 WHA                          2