1  JOSEPH P. RUSSONIELLO (CSBN 4432)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  ALLISON MARSTON DANNER (CSBN 195046)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7144
7      FAX: (415) 436-7234
       Email:allison.danner@usdoj.gov
8
   Attorneys for the United States of America
9

**FILED**

'11 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10
                   UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12
                      SAN FRANCISCO DIVISION
13
14 | UNITED STATES OF AMERICA,        )    No. CR 08-0474 WHA
                                      )
15 |         Plaintiff,                )    DECLARATION OF SPECIAL AGENT
                                      )    MICHAEL APPIO IN SUPPORT OF
16 |    v.                             )    GOVERNMENT'S MOTION TO FILE
                                      )    AMENDED RETURNS TO SEARCH
17 | CHRISTOPHER HAMILTON,            )    WARRANTS
                                      )
18 |         Defendant.                )
   |_____)
19

I, Michael J. Appio, declare as follows:

20      1. I am a special agent with U.S. Immigration and Customs Enforcement (ICE). I am the

21  case agent on the above-captioned case.

22      2. On June 16, 2008, the Honorable Bernard Zimmerman signed two federal search warrants

23  authorizing ICE Special Agents to search Christopher Hamilton's residence at 891 Post Street #105,

24  San Francisco, CA and Storage Unit 6-404 at Fort Knox Self Storage, 370 Turk Street, San

25  Francisco, CA, for evidence of violations of 21 U.S.C. § 952 (Importation of Controlled Substances)

26  and 21 U.S.C. § 841(a)(1) (Possession With Intent to Distribute Controlled Substances).

27      3. On June 18, 2008, ICE agents, assisted by Drug Enforcement Administration (DEA)

28  Clandestine Laboratory agents and the U.S. Postal Inspection Service, executed these search

DECLARATION OF MICHAEL J. APPIO
No. CR 08-0474 WHA

1  warrants. The DEA agents assisted in the execution of the warrant due to their expertise in
2  clandestine laboratory investigations and in order to take custody of all drug evidence.

3      4. On June 27, 2008, I returned the search warrants to the Honorable Bernard Zimmerman
4  and attached copies of ICE chain of custody forms, which contained an inventory of all of the
5  property seized by ICE pursuant to the warrants. At that time, I was not aware that the DEA agents
6  had seized any property pursuant to the warrant that was not reflected in the ICE inventory forms.

7      5. Attached as Exhibit A is a true and correct copy of the returns to the search warrants I
8  returned to the Honorable Bernard Zimmerman on June 27, 2008.

9      6. On July 18, I learned that DEA agents had seized several items of non-drug evidence
10  during the execution of the search warrants at Mr. Hamilton's residence and storage locker.
11  Specifically, DEA agents seized one invoice for the purchase of plastic jugs, one compact flash card,
12  one set of keys, one padlock, and one digital camera with two lenses. These items were listed on
13  DEA receipt forms which were signed by DEA agents. Copies of these forms were left in the
14  storage locker. I was not aware that these forms listed any non-drug items. At no time did ICE
15  agents sign for or take custody or control of these items.

16      7. I have prepared amended returns for the search warrants executed on June 18, 2008 to
17  include these items which were inadvertently omitted from the returns made on June 27, 2008.
18  Attached as Exhibit B is a true and correct copy of the amended returns, with the items not reflected
19  on the original returns marked with an asterix on the accompanying inventory sheets.

20      8. On July 23, 2008, the flash card, keys, lock, and digital camera seized by DEA agents
21  referred to in paragraph 6 were returned to Mr. Hamilton's legal counsel.

22      I declare under penalty of perjury that the foregoing is true and correct to the best of my
23  knowledge and belief. Executed this  $25$  day of July, 2008, in San Francisco, California

24

25

26      MICHAEL J. APPIO
       Special Agent
27      Immigration and Customs Enforcement

28

DECLARATION OF MICHAEL J. APPIO
No. CR 08-0474 WHA                    2

# Search Warrant Return Made on 6/27/2008

AO 93 (Rev. 2/90) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>6-16-2008 | DATE AND TIME WARRANT EXECUTED<br>6-18-2008   0900 hrs | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Chris HAMILTON |
| INVENTORY MADE IN THE PRESENCE OF<br>SA  B. Allyn | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

See attached inventory sheets.

ORIGINAL
FILED

JUN 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATION**

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

Subcribed, sworn to, and returned before me this date.

27 June 08
_____
U.S. Judge or Magistrate                          Date

# EXHIBIT A

**To Search Warrant Return**

**Made on 6/27/2008**

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2 0 0 8 2 8 0 9 0 0 0 1 5 8 0 1 | | | 2. Incident No. 2 0 0 8 5 2 0 0 6 4 6 1 5 0 1 | | | | |
|---|---|---|---|---|---|---|---|
| 3. Investigative Case No. S F 1 3 J E 0 8 S F A 0 1 6 | | | 4. Enforce No. | | | | |
| 5. Prior Detention? Yes ☐  No ☑  If yes, CBP 6051D No. _____ | | | 6. Date Seized (mm/dd/yyyy) 6 / 18 / 2008 | | 7. Time Seized (Use 24 Hrs) 1000 | | 8. FDIN/Misc. |
| 9. Seized From: Name: Christopher HAMILTON | | | 10. Entry No. | | | 11. Seal or Other ID Nos. | |
| Address: 370 Turk Street # 6404 | | | 12. Remarks: GHB - FDIN 2008117500 | | | | |
| San Francisco CA | | | GBL - FPIN 2008 117 513 | | | | |
| Telephone No. 415 577 -1507  Ext | | | | | | | |
| 13. Send Correspondence to: | | | | | | | |

| 14. PROPERTY ( By Line Item) Attach CBP 58 if conveyance | | | | | | |
|---|---|---|---|---|---|---|
| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
| 001 | Suspected GHB( est. quantity) | | | 29 | gallons | $ |
| 002 | Suspected GBL(est. quantity) | | | 11 | gallons | $ |
| 003 | Suspected Sodium Hydroxide | | | 5 | bottles | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer: Michael J. Appio | | | | | |
|---|---|---|---|---|---|
| Print Name | X | Signature | | | 6 18 08 Date |

| 16. ACCEPTANCE / CHAIN OF CUSTODY | | | | |
|---|---|---|---|---|
| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
| 001-003 | As above | Appio/ SA/ ICE | | 6-18-08 |
| 001-003 | As above | Keenan/SA/DEA | | 6-18-08 |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached?  Yes ☐  No ☐                    CBP Form 6051S (03/04)

CBP Retains Original

CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. |  |
|---|---|
| Z 0 0 8 2 8 0 9 0 0 0 1 5 8 0 1 | 2. Incident No. 2 0 0 8 5 2 0 0 6 4 6 1 5 0 1 |

| 3. Investigative Case No. S F 1 3 J E 0 8 S F 0 0 1 6 | 4. Enforce No. |

| 5. Prior Detention? Yes ☐  No ☑   If yes, CBP 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 6 / 18 / 08 | 7. Time Seized (Use 24 Hrs) 1000 | 8. FDIN/Misc. |

| 9. Seized From: Name: Christopher HAMILTON | 10. Entry No. | | 11. Seal or Other ID Nos. |

Address: 370 Turk Street # 6404

San Francisco, CA

Telephone No. (415) 577-1507   Ext:

| 12. Remarks: |

13. Send Correspondence to:

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 004 | Dell computer Tower - SN- GM 2RT31 | | | 1 | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer Michael J. Appio Print Name | X _____ Signature | 6 18 08 Date |

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 004 | As above | Appio/ SA / ICE | | 6-8-08 |
| 004 | AS ABOVE | Kendall / SA / ICE | | JUN 20 2008 |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached?  Yes ☐  No ☐          CBP Form 6051S (03/04)

CBP Retains Original

# EXHIBIT B

**To Search Warrant Return**

**Made on 6/27/2008**

AO 93 (Rev. 2/90) Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>6-16-2008 | DATE AND TIME WARRANT EXECUTED<br>6-18-2008 - 0.920 hrs | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Christopher HAMILTON |

INVENTORY MADE IN THE PRESENCE OF
 SA B. Allyn

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached inventory sheets.

ORIGINAL
FILED

JUN 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATION**

I swear that this Inventory is true and detailed account of the person or property taken by me on the warrant.

Subcribed, sworn to, and returned before me this date.

U.S. Judge or Magistrate                    27 June 68
                                              Date

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | 2. Incident No. |
|---|---|
| 2 0 0 8 2 6 0 9 0 0 0 0 1 5 6 0 1 | 2 0 0 8 5 2 0 0 0 4 4 4 7 3 0 1 |
| 3. Investigative Case No. | 4. Enforce No. |
| S F 1 3 7 E 0 8 3 F 0 0 0 1 6 | |

| 5. Prior Detention?<br>Yes ☐  No ☑   If yes, CBP 6051D No._____ | 6. Date Seized (mm/dd/yyyy)<br>6  18  1200 8 | 7. Time Seized (Use 24 Hrs)<br>1000 | 8. FDIN/Misc.<br>2008116666 |
|---|---|---|---|

| 9. Seized From:<br>Name: Christopher HAMILTON<br><br>Address: 891 Post Street #105<br><br>San Francisco, CA<br><br>Telephone No. (415) 577- 1507 Ext: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| | 12. Remarks: | |

13. Send Correspondence to:

## 14. PROPERTY ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 001 | Suspected GHB( est. quantity) | | | 1 | GL | $ |
| 002 | Suspected Crystal Meth (est. quantity) | | | 24.9 | GR | $ |
| 003 | Suspected Ecstasy (est quantity) | | | 2.56 | GR | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer<br>Michael J. Appio<br>Print Name | X  [signature] | | 6  18  108<br>Date |
|---|---|---|---|

## 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 001-003 | As above | Appio /SA /ICE | [signature] | 6-18-08 |
| 001-003 | As above | Keenan/ SA/ DEA | [signature] | 6-18-08 |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐          CBP Form 6051S (03/04)

CBP Retains Original

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | | 2. Incident No. | | |
|---|---|---|---|---|
| Z0 8 2 8 0 7 0 0 5 1 5 6 0 1 | | 2 0 0 8 5 2 0 0 6 4 9 9 9 0 1 | | |

| 3. Investigative Case No. | | 4. Enforce No. | | |
|---|---|---|---|---|
| S E 1 3 J E 0 8 S F 0 0 1 6 | | | | |

| 5. Prior Detention? | 6. Date Seized (mm/dd/yyyy) | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |
|---|---|---|---|
| Yes ☐  No ☑   If yes, CBP 6051D No._____ | 6 / 18 / 2008 | 1000 | |

| 9. Seized From: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Name: Christopher HAMILTON | | A0510046 |
| Address: 891 Post Street #705 | 12. Remarks: | |
| San Francisco, CA | | |
| Telephone No. (415) 577-1507  Ext: | | |
| 13. Send Correspondence to: | | |

## 14. PROPERTY ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 004 | US Currency | | | 121 | EA | $ 2,361.00 |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Michael J. Appio | x [signature] | | 6/18/08 |
| Print Name | Signature | | Date |

## 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 004 | As above | Appio/SA/ICE | [signature] | 6-18-08 |
| 004 | S2 BAG # A0510046 | W. WONG/SPS/CBP | W. W. | 6/20/08 |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached?  Yes ☐  No ☐          CBP Form 6051S (03/04)

CBP Retains Original

CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

| 1. FPF No. | | | | | | | | | | | | | | 2. Incident No. | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

1. FPF No. `2 0 0 8 2 5 0 7 0 0 0 1 5 6 0 1`

2. Incident No. `2 0 0 8 5 2 5 0 6 4 4 4 9 0 1`

3. Investigative Case No. `S A 1 3 5 E`

4. Enforce No.

5. Prior Detention?  Yes ☐  No ☑  If yes, CBP 6051D No. _____

6. Date Seized (mm/dd/yyyy)  6 18 2008

7. Time Seized (Use 24 Hrs)  1000

8. FDIN/Misc.

9. Seized From:
Name: Christopher HAMILTON
Address: 891 Post Street #105
San Francisco, CA 94109
Telephone No. (415) 577-1507  Ext:

10. Entry No.

11. Seal or Other ID Nos.
A0510047

12. Remarks:
Line Item 8 is in bag #A0510048

13. Send Correspondence to:

### 14. PROPERTY ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 005 | Documents | | | 1 | Bags | $ |
| 006 | US Passport #437259010 | | | 1 | EA | $ |
| 007 | CA Driver License #C4462 1138 | | | 1 | EA | $ |
| 008 | Scale w/ white powder residue | | | 1 | EA | $ |
| 009 | C'feit CA Driver License #B6270249 | | | 1 | EA | $ |
| | | | | | | $ |

15. Seizing Officer  Michael J. Appio   Print Name   x  _[signature]_   Signature   6 18 08   Date

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 005-009 | As above | Appio/SA/ICE | _[signature]_ | 6-18-08 |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached?  Yes ☐  No ☐

CBP Form 6051S (03/04)

CBP Retains Original

**CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE**

Handbook 5200-09

| 1. FPF No. 2 0 0 8 2 8 0 9 0 0 0 1 5 6 0 1 | 2. Incident No. 2 0 0 8 5 2 0 0 6 4 4 4 9 0 1 |
|---|---|
| 3. Investigative Case No. S F 1 3 J 6 0 8 5 F 0 0 1 6 | 4. Enforce No. |

| 5. Prior Detention?- Yes ☐ No ☑ If yes, CBP 6051D No._____ | 6. Date Seized (mm/dd/yyyy) 6 18 08 | 7. Time Seized (Use 24 Hrs) 1000 | 8. FDIN/Misc. |
|---|---|---|---|

| 9. Seized From: Name: Christopher HAMILTON | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Address: 891 Post Street #105 San Francisco CA 94109 | 12. Remarks: 10, 11, 12, 16 in Bag #070642 13, 14, 15 in Bag #A05/0045 | |
| Telephone No. (415) 577-1507 Ext: | | |

13. Send Correspondence to:

**14. PROPERTY (By Line Item) Attach CBP 58 if conveyance**

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 010 | Apple Mac Book - SN WE7050CKWGM | | | 1 | EA | $ |
| 011 | Simpletech 320GB Ext. Hard Drive - SN-962004100 1057 | | (w/case+) | 1 | EA | $ |
| 012 | Mac Mini - SN YM74700VYL1 | | | 1 | EA | $ |
| 013 | Western Digital 500GB Ext. Hard Drive - SN-WCAS80546290 | | | 1 | EA | $ |
| 014 | San Disk 2GB Memory Card w/ adaptor | | | 1 | EA | $ |
| 015 | Canon Multi Media Memory Card | | | 1 | EA | $ |

| 15. Seizing Officer Michael J. Appio Print Name | X [Signature] Signature | 6 18 08 Date |
|---|---|---|

**16. ACCEPTANCE / CHAIN OF CUSTODY**

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 010 - 015 | As above | Appio/SA/ICE | [Signature] | 6-18-08 |
| 010-015 | DS As above | Kimball/SA/ICE | [Signature] | June 20 2008 |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes ☑ No ☐          CBP Form 6051S (03/04)

**CBP Retains Original**

**FOR DETAINED OR SEIZED PROPERTY**

Handbook 5200-09

1. Page ___ 2 ___ of ___ 2 ___

2. CBP-6051S or D No. _359 6549_

| 3. FPF No. 2008 2809 0001 5601 | 4. Investigative Case No. or IA File No. SF13JE08SF0016 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5. **PROPERTY** (By Line Item) Attach CBP- 58 if conveyance | | | | | | | **FOR DETENTIONS ONLY** | |
| a. Line Item No. | b. Description | c. Packages | | d. Measurements | | e. Est. Dom. Value | f. Samples sent to the CBP Lab | |
| | | Number | Type | Qty. | UM | | Yes or No | Date |
| 016 | Power Adaptors | | | 4 | EA | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |

| 6. **ACCEPTANCE/CHAIN OF CUSTODY** | | | | |
|---|---|---|---|---|
| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
| 016 | As above | Appio/ S-4/ ICE | | 6-18-08 |
| 016 | AS ABOVE | Gordon/SO/ICE | | June 20 2008 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CBP Retains Original

CBP Form 6051A (8-03)

# Amended Search Warrant Return

# for 6/18/2008

AO 93 (Rev. 2/90) Search Warrant

| AMENDED RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>6-16-2008 | DATE AND TIME WARRANT EXECUTED<br>6-18-2008 - 0900 hours | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Christopher Hamilton |
| INVENTORY MADE IN THE PRESENCE OF<br>SA B. Allyn | | |
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT | | |

See attached ICE inventory sheets reflecting property listed on original return.

See items marked with an asterisk on attached DEA inventory sheets reflecting additional items.

**CERTIFICATION**

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

Subcribed, sworn to, and returned before me this date.

_____          _____
U.S. Judge or Magistrate                                    Date

# EXHIBIT A

**To Amended Search Warrant Return**

**for 6/18/2008**

CUSTODY ~ ~IPT for SEIZED PROPER~ ~.ııd EVIDENCE

Handbook 5200-09

| 1. FPF No. 2 0 0 8 2 8 0 7 0 0 0 0 1 5 8 0 1 | 2. Incident No. 2 0 0 8 5 2 0 0 6 4 6 1 5 0 1 | | |
|---|---|---|---|
| 3. Investigative Case No. S F 1 3 J 5 0 P 5 F A 0 1 6 | 4. Enforce No. | | |
| 5. Prior Detention? Yes ☐  No ☑  If yes, CBP 6051D No._____ | 6. Date Seized (mm/dd/yyyy) 6 / 18 / 2008 | 7. Time Seized (Use 24 Hrs) 1000 | 8. FDIN/Misc. |
| 9. Seized From: Name: Christopher HAMILTON | 10. Entry No. | | 11. Seal or Other ID Nos. |
| Address: 370 Turk Street # 6404 San Francisco CA | 12. Remarks: GHB - FDIN 2008117500 GBL - FDIN 2008 117 513 | | |
| Telephone No. 415  577 -1507  Ext. | | | |
| 13. Send Correspondence to: | | | |

14. **PROPERTY** ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 001 | Suspected GHB (est. quantity) | | | 29 | gallons | $ |
| 002 | Suspected GBL (est. quantity) | | | 11 | gallons | $ |
| 003 | Suspected Sodium Hydroxide | | | 5 | bottles | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer Michael J. Appio Print Name | X ~~Signature~~ | 6  18 / 08 Date |
|---|---|---|

16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 001-003 | As above | Appio / SA / ICE | | 6-18-08 |
| 001-003 | As above | Keenan / SA / DEA | | 6-18-08 |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes ☐  No ☐          CBP Form 6051S (03/04)

CBP Retains Original

CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. 2 0 0 P 2 8 0 9 0 0 0 1 5 8 0 1 | | 2. Incident No. 2 0 0 8 5 2 0 0 6 4 6 1 5 0 1 | | |
|---|---|---|---|---|
| 3. Investigative Case No. S F L 3 J F 0 8 5 F 0 0 1 6 | | 4. Enforce No. | | |
| 5. Prior Detention? Yes ☐ No ☑ If yes, CBP 6051D No._____ | | 6. Date Seized (mm/dd/yyyy) 6 / 18 / 08 | 7. Time Seized (Use 24 Hrs) 1000 | 8. FDIN/Misc. |
| 9. Seized From: Name: Christopher HAMILTON | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| Address: 370 Turk Street # 6404 San Francisco, CA Telephone No. (415) 572-1507  Ext: | | 12. Remarks: | | |
| 13. Send Correspondence to: | | | | |

### 14. PROPERTY ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 004 | Dell computer Tower - SN- GM2RT31 | | | 1 | EA | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer Michael J. Appio Print Name | X | Signature | 6 / 18 / 08 Date |
|---|---|---|---|

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 004 | As above | Appio/ SA / ICE | | 6-8-08 |
| 004 | AS ABOVE | Kwean / SA / ICE | | JUN 20 2008 |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐              CBP Form 6051S (03/04)

CBP Retains Original

## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address ((including ZIP CODE)), if applicable)

FILE NO. TB-08-0049    G-DEP IDENTIFIER NGID

FILE TITLE  Hamilton, Marcus

DATE  6-18-08

DIVISION/DISTRICT OFFICE

SFFD/ORO

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| "2oz glass" bottle | white solvent powder sample taken from unmarked white 12 oz bottle - 5 bottles total (3 bottles full, 2-1/2 full) Assigned Ex 11 | Evidence |
| | liquid sample from unmarked crystal geyser one gallon bottle 1/4 full Assigned Ex 12, two other identical bottles marked 1 & 2 on caps "near" empty | |
| ✱ ✱ | (one) invoice from SKS one compact flash - card | |
| One | misc. keys, one of which opens waterlock to storage | |
| ✱ One 2 oz bottle | master lock (on storage door) | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)  SA Gim Giachetti

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)

DEA Form - 12
(Apr. 1983)    Previous edition dated 9/77 may be used until stock is exhausted.

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
# RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

| | |
|---|---|
| **FILE NO.** BB 08-0044 | **G-DEP IDENTIFIER** NLDID |
| **FILE TITLE** HAMILTON, MARCUS | |
| **DATE** 6-18-08 | |

**DIVISION/DISTRICT OFFICE**

SFO/DRO

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| one 2 oz glass | LIQUID SAMPLE FROM SEIZURE | EVIDENCE |
| Bottle | CONTAINER FULL (CLEAR LIQUID) | |
| | ASSIGNED EXHIBIT 18 | |
| 1 | KONICA MINOLTA (CAMERA-DIGITAL) | |
| | w/ 2 LENSES | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| **RECEIVED BY (Signature)** | **NAME AND TITLE (Print or Type)** SA BRIAN KEENAN |
| **WITNESSED BY (Signature)** | **NAME AND TITLE (Print or Type)** |

FORM DEA-12 (9-00) *Previous editions obsolete*    Electronic Form Version Designed in JetForm 5.2 Version

# EXHIBIT B

**To Amended Search Warrant Return**

**for 6/18/2008**

AO 93 (Rev. 2/90) Search Warrant

| AMENDED RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>6-16-2008 | DATE AND TIME WARRANT EXECUTED<br>6-18-2008 - 0820 hours | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Christopher Hamilton |
| INVENTORY MADE IN THE PRESENCE OF<br>SA B. Allyn | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached ICE inventory sheets reflecting property listed on original return.

See items marked with an asterisk on attached DEA inventory sheet reflecting additional items.

---

**CERTIFICATION**

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_____

Subcribed, sworn to, and returned before me this date.

| | |
|---|---|
| U.S. Judge or Magistrate | Date |

| 1. FPF No. 2 0 0 8 2 6 0 9 0 0 0 1 5 6 0 1 | | 2. Incident No. 2 0 0 8 5 2 0 0 4 4 4 4 8 0 1 | | |
|---|---|---|---|---|
| 3. Investigative Case No. S F L 3 5 0 8 3 F 0 0 1 6 | | 4. Enforce No. | | |
| 5. Prior Detention? Yes ☐  No ☑  If yes, CBP 6051D No._____ | | 6. Date Seized (mm/dd/yyyy) 6  18  2008 | 7. Time Seized (Use 24 Hrs) 1000 | 8. FDIN/Misc. 2008116666 |
| 9. Seized From: Name: Christopher HAMILTON | | 10. Entry No. | 11. Seal or Other ID Nos. | |
| Address: 591 Post Street #105  San Francisco, CA  Telephone No. (407 577- 1507 Ext: | | 12. Remarks: | | |
| 13. Send Correspondence to: | | | | |

14. PROPERTY ( By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 001 | Suspected GHB(est. quantity) | | | 1 | GL | $ |
| 002 | Suspected Crystal Meth (est. quantity) | | | 24.9 | GR | $ |
| 003 | Suspected Ecstasy (est quantity) | | | 2.56 | GR | $ |
| | | | | | | $ |
| | | | | | | $ |
| | | | | | | $ |

| 15. Seizing Officer Michael J. Appio Print Name | X | Signature | 6  18  108 Date |
|---|---|---|---|

16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 001-003 | As above | Appio /SA /ICE | | 6-18-08 |
| 001-003 | As above | Keenan/ SA/DEA | | 6-18-08 |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes ☐  No ☐                    CBP Form 6051S (03/04)

CBP Retains Original

CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE
Case 3:08-cr-00474-WHA   Document 10   Filed 07/25/2008   Page 27 of 31
Handbook 5200-09

| 1. FPF No. Z O O 8 2 8 0 9 0 0 0 1 5 6 0 1 | 2. Incident No. 2 0 0 8 5 2 0 0 6 4 4 4 7 9 0 1 | | |
|---|---|---|---|
| 3. Investigative Case No. S F 1 3 F E 0 8 5 F 0 0 1 6 | 4. Enforce No. | | |
| 5. Prior Detention? Yes ☐ No ☑ If yes, CBP 6051D No. _____ | 6. Date Seized (mm/dd/yyyy) 6 / 18 / 2008 | 7. Time Seized (Use 24 Hrs) 1000 | 8. FDIN/Misc. |
| 9. Seized From: Name: Christopher HAMILTON | 10. Entry No. | | 11. Seal or Other ID Nos. A0510046 |
| Address: 891 Post Street #105 San Francisco, CA | 12. Remarks: | | |
| Telephone No. (415) 577 - 1507 Ext: | | | |
| 13. Send Correspondence to: | | | |

### 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number / Type | d. Measurements Qty. / UM | e. Est. Dom. Value |
|---|---|---|---|---|
| 004 | US Currency | | 121 / EA | $ 2,361.00 |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

| 15. Seizing Officer Michael J. Appio — Print Name | x [signature] Signature | 6 / 18 / 08 Date |
|---|---|---|

### 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 004 | As above | Appio / SA / ICE | [signature] | 6-18-08 |
| 004 | 52 BAG # A0510046 | ld. WONG / Sps / CBP | ld. W. | 6/20/08 |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached? Yes ☐ No ☐          CBP Form 6051S (03/04)

CBP Retains Original

| 1. FPF No. | 2. Incident No. |
|---|---|
| 2 0 0 8 2 8 0 9 0 0 0 1 5 0 0 1 | 2 0 0 8 5 2 0 1 6 4 4 4 9 0 1 |

**3. Investigative Case No.**
S F 1 3 5 E

**4. Enforce No.**

**5. Prior Detention?**
Yes ☐   No ☑   If yes, CBP 6051D No. _____

**6. Date Seized (mm/dd/yyyy)**
6 / 18 / 2008

**7. Time Seized (Use 24 Hrs)**
1000

**8. FDIN/Misc.**

**9. Seized From:**
Name: Christopher HAMILTON

**10. Entry No.**

**11. Seal or Other ID Nos.**
A0510047

Address: 891 Post Street #105
San Francisco, CA 94109

**12. Remarks:**
Line Item 8 is in bag # A0510048

Telephone No. (415) 577-1507   Ext:

**13. Send Correspondence to:**

## 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | c. Packages Type | d. Measurements Qty. | d. Measurements UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 005 | Documents | | | 1 | Bag | $ |
| 006 | US Passport #437259010 | | | 1 | EA | $ |
| 007 | CA Driver License #C4462 1138 | | | 1 | EA | $ |
| 008 | Scale w/ white powder residue | | | 1 | EA | $ |
| 009 | C'feit CA Driver License # B6270249 | | | 1 | EA | $ |
| | | | | | | $ |

**15. Seizing Officer**
Print Name: Michael J. Appio   X _(signature)_   Date: 6 18 108

## 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 005-009 | As above | Appio/SA/ICE | _(signature)_ | 6-18-08 |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached?  Yes ☐  No ☐          CBP Form 6051S (03/04)

CBP Retains Original

# CUSTODY RECEIPT for SEIZED PROPERTY and EVIDENCE

Handbook 5200-09

| 1. FPF No. | | 2. Incident No. | | |
|---|---|---|---|---|
| 2 0 0 8 2 8 0 9 0 0 0 1 5 6 0 1 | | 2 0 0 8 5 Z 0 0 6 4 4 4 9 0 1 | | |

| 3. Investigative Case No. | 4. Enforce No. |
|---|---|
| S F 1 3 J 6 0 8 5 F 0 0 1 6 | |

| 5. Prior Detention? | 6. Date Seized (mm/dd/yyyy) | 7. Time Seized (Use 24 Hrs) | 8. FDIN/Misc. |
|---|---|---|---|
| Yes ☐  No ☑  If yes, CBP 6051D No. _____ | 6 /18 / 08 | 1000 | |

| 9. Seized From: | 10. Entry No. | 11. Seal or Other ID Nos. |
|---|---|---|
| Name: Christopher HAMILTON | | |

Address: 891 Post Street #105

San Francisco CA 94109

Telephone No. (415) 577-1507 Ext:

| 12. Remarks: |
|---|
| 10, 11, 12, 16  in  Bag # 070642 |
| 13, 14, 15  in  Bag # A05/0045 |

13. Send Correspondence to:

## 14. PROPERTY (By Line Item) Attach CBP 58 if conveyance

| a. Line Item No. | b. Description | c. Packages Number | Type | d. Measurements Qty. | UM | e. Est. Dom. Value |
|---|---|---|---|---|---|---|
| 010 | Apple Mac Book - SN W870S0CKWGM | 1 | | | EA | $ |
| 011 | Simpletech 320GB Ext. Hand Drive - SN-96200410010S7 (w/case+) | 1 | | | EA | $ |
| 012 | Mac Mini - SN YM74700VYL1 | 1 | | | EA | $ |
| 013 | Western Digitl 500GB Ext. Hand Drive- SN-WCAS80546290 | 1 | | | EA | $ |
| 014 | San Disk 2GB Memory Card w/adaptor | 1 | | | EA | $ |
| 015 | Canon Multi Media Memory Card | 1 | | | EA | $ |

| 15. Seizing Officer | | | |
|---|---|---|---|
| Michael  J.  Appio | X | Signature | 6  1/18 108 |
| Print Name | | | Date |

## 16. ACCEPTANCE / CHAIN OF CUSTODY

| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
|---|---|---|---|---|
| 010 - 015 | As above | Appio/ SA/ ICE | | 6-18-08 |
| 010-015 | AS ABOVE | Kenball/SA/ICE | | June 20 2008 |
| | | | | |
| | | | | |
| | | | | |

CBP Form 6051A Continuation Sheet Attached?  Yes ☑  No ☐              CBP Form 6051S (03/04)

CBP Retains Original

| 3. FPF No. 2008209 000 15601 | | 4. Investigative Case No. or IA File No. SF 13JE08SF0016 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 5. **PROPERTY** (By Line Item) Attach CBP- 58 if conveyance | | | | | | | FOR DETENTIONS ONLY | |
| a. Line Item No. | b. Description | c. Packages | | d. Measurements | | e. Est. Dom. Value | f. Samples sent to the CBP Lab | |
| | | Number | Type | Qty. | UM | | Yes or No | Date |
| 016 | Power Adaptors | | | 4 | EA | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |
| | | | | | | $ | Yes☐No☐ | / / |

| 6. **ACCEPTANCE/CHAIN OF CUSTODY** | | | | |
|---|---|---|---|---|
| a. Line Item No. | b. Description | c. Print Name/Title/Organization | d. Signature | e. Date |
| 016 | As above | Appio/ SA/ ICE | | 6-18-08 |
| 016 | AS ABOVE | Kerry SD/ICE | | June 20 2-0-8 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

CBP Retains Original

CBP Form 6051A (8-03)

## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address ((including ZIP CODE)), if applicable)

| FILE NO. | G-DEP IDENTIFIER |
|---|---|
| PR-08-0049 | NGID |

FILE TITLE

Hamilton, Marcus

DATE   6-18-08

DIVISION/DISTRICT OFFICE

SFFD/ORO

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| "2oz glass" bottle | white solvent powder sample taken from unmarked white 12oz bottle - 5 bottles total (3 bottles full, 2 - 1/4 full) Assigned Ex 11 | Evidence |
|  | liquid sample from unmarked crystal geyser one gallon bottle 1/4 full Assigned Ex 12, two other identical bottles marked 1 & 2 on caps "poor" empty | |
|  | (one) invoice from SKS | |
|  | one compact flash - card | |
| one | misc. keys, one of which opens masterlock to storage | |
| One | master lock (on storage door) | |
| 2oz bottle | | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
SA Gina Giachotti

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)

DEA Form - 12
(Apr. 1983)

Previous edition dated 9/77 may be used until stock is exhausted.