**FILED**

# UNITED STATES DISTRICT COURT
for the
## Northern District of California

JUL 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## U.S.A. vs. CHRISTOPHER MARCUS HAMILTON

Docket No. <u>CR08-00474 WHA-1</u>

---

### Petition for Arrest Warrant for Defendant Under Pretrial Supervision

---

| | |
|---|---|
| Name of Defendant: | Christopher Marcus HAMILTON |
| Name of Judicial Officer: | Maria Elena James, U.S. Magistrate Judge |
| Date of Release: | July 23, 2008 |
| Charged Offense: | Title 21, United States Code, Section 841(a)(1) - Possession with the Intent to Distribute a Controlled Substance (Methamphetamine) |
| Bond: | $100,000 Unsecured |
| Special Conditions: | The defendant shall not travel outside the Northern District of California; the defendant shall report to Pretrial Services as directed; the defendant shall surrender all passports forthwith and not apply for any new passport or travel document; the defendant shall not possess any firearm, destructive device, or other dangerous weapon; the defendant shall participate in drug/alcohol/mental health treatment and submit to drug/alcohol testing as directed by Pretrial Services; the defendant shall not use alcohol to excess nor use or possess any narcotic or controlled substance without a legal prescription; the defendant shall not change residence without prior approval of Pretrial Services; and the defendant shall reside at Cornell Corrections halfway house and follow their rules and regulations; the defendant shall participate in residential drug treatment as directed by Pretrial Services. |

**PETITION FOR ARREST WARRANT**
**RE: CHRISTOPHER MARCUS HAMILTON**                    Docket No. CR08-00474 WHA

## Petitioning the Court

For the issuance of a no-bail warrant for the defendant's arrest.

I, Victoria Gibson, a U.S. Pretrial Services Officer, employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

### VIOLATION(S):

1) Christopher Marcus Hamilton was released from U.S. Marshals' custody on July 23, 2008. He reported to Pretrial Services on July 24, 2008. The defendant violated his conditions of release by submitting a urine sample in the Pretrial Services office on July 24, 2008, which was presumptively positive for methamphetamine and amphetamine. In addition, the defendant admitted to using "GHB" and "crystal meth" in the morning following his release form custody.

2) On July 24, 2008, the defendant was instructed by Pretrial Services to report to New Bridge residential drug treatment facility at 1430 hours that afternoon. At approximately 1600 hours, Pretrial Services was notified by the director of the New Bridge treatment facility that the defendant had not arrived. He stated that the defendant and his mother had called New Bridge to report that they had lost their way and also locked the keys in their car. As such, the defendant failed to follow the directive of Pretrial Services. Mr. Budlong rescheduled the appointment for today, July 25, 2008, at 0930 hours.

3) This afternoon, Pretrial Services was contacted by Mr. Budlong and informed that the defendant's addiction to GHB is so severe that he must undergo medical detoxification. According to Mr. Budlong and the medical staff at New Bridge, abrupt discontinuation of this particular drug can be fatal. Mr. Budlong noted that the defendant reported he had been given a prescription drug and treatment while incarcerated after the arrest for the instant offense.

4) Pretrial Services does not contract for medical detoxification, nor do we have any other viable placement for this defendant. The defendant does not currently have the means to pay for these medical services on his own.

Page 3

**PETITION FOR ARREST WARRANT**
**RE: CHRISTOPHER MARCUS HAMILTON**                              Docket No. CR08-00474 WHA

Based on the foregoing, there is probable cause to believe that Christopher Marcus HAMILTON violated the conditions of his pretrial release. Therefore, I ask the Court to issue a no-bail warrant for his arrest.

Respectfully submitted:

_____                    _July 25, 2008_____
Victoria Gibson                                                          Date Signed
U.S. Pretrial Services Officer

Approved as to form:

_____
Silvio Lugo, Assistant Deputy Chief
U.S. Pretrial Services Officer

Having considered the information set forth above, the Court finds there is probable cause to believe there has been a violation of the conditions of supervision.

THE COURT ORDERS:

☑  The issuance of a no bail warrant for the defendant's arrest so that he/she may be brought before the Court to show cause why his/her bail should not be revoked.

☐  Other: _____
_____
_____

_7-25-08_____              _____
Date                                                               Honorable Maria Elena James
                                                                      U.S. Magistrate Judge

PS8A: Rev. 3/23/05