```
                                              FILED
                                              JUL 2 5 2008
                                              RICHARD W. WIEKING
                                              CLERK U.S. DISTRICT COURT,
                                              NORTHERN DISTRICT OF CALIFORNIA
```

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ALLISON MARSTON DANNER (CSBN 195046)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7144
7  FAX: (415) 436-7234
   Email: allison.danner@usdoj.gov
8
9  Attorneys for the United States

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12              SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )  No. CR 08-0474 WHA
                                     )
14       Plaintiff,                  )  STIPULATION AND [PROPOSED]
                                     )  ORDER EXCLUDING TIME FROM
15       v.                          )  SPEEDY TRIAL ACT CALCULATION
                                     )  (18 U.S.C. § 3161(h)(8)(A))
16  CHRISTOPHER HAMILTON             )
                                     )
17       Defendant.                  )
                                     )
18  _____

19       With the agreement of the parties in open court, and with the consent of defendant
20  Christopher Hamilton, the Court enters this order documenting defendant's exclusion of time
21  under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from July 23, 2008 through August 12,
22  2008, the date of the defendant's initial appearance before the District Court. The parties agree,
23  and the Court finds and holds, as follows:
24       1.      Defendant was arraigned on the indictment in this case on July 18, 2008. On that
25  date, the government made a motion for the defendant's pretrial detention. This Court held a
26  detention hearing on July 23, 2008, at which time the Court released defendant on an unsecured
27  bond. This Court also set the initial appearance before Judge Alsup for August 12, 2008. On
28  
    STA Stipulation
    CR 08-0474 WHA

1  July 23, 2008, defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to
2  grant the requested continuance would unreasonably deny defense counsel reasonable time
3  necessary for effective preparation, taking into account the exercise of due diligence, in this case.
4  Defense counsel has not yet had an opportunity to request, nor review, discovery in this case.

5    2.    Given these circumstances, the Court found that the ends of justice served by
6  excluding the period from July 23, 2008 through August 12, 2008 outweigh the best interest of
7  the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

8    3.    Accordingly, and with the consent of the defendant at the detention hearing on
9  July 23, 2008, the Court ordered that the period from July 23, 2008 through August 12, 2008 be
10 excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

11   IT IS SO STIPULATED.

13 DATED: July 23, 2008        \s\
                                ROBERT AMPARAN
14                              Attorney for Defendant

16 DATED: July 23, 2008        \s\
                                ALLISON MARSTON DANNER
17                              Assistant United States Attorney

19   IT IS SO ORDERED.

21 DATED: 7-25-08

                                MARIA-ELENA JAMES
22                              United States Magistrate Judge

STA Stipulation
CR 08-0474 WHA                        2