**FILED**

JUL 3 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CHRISTOPHER HAMILTON

    Defendants.

CR 08-474 WHA

[~~PROPOSED~~] ORDER FOR RELEASE OF DEFENDANT

Upon application of defendant Christopher Hamilton, and good cause appearing therefor,

IT IS HEREBY ORDERED that the U.S. Marshalls shall release Mr. Hamilton from custody on Monday, August 4, 2008, at 11:00 a.m., and that at that time Mr. Hamilton shall be transferred to the Newbridge residential substance abuse treatment facility forthwith.

All other terms and conditions of Mr. Hamilton's release shall remain as previously set by this Court.

Dated: 7-31, 2008

_____
The Honorable Maria Elena James
Magistrate Judge
United States District Court