```
LAW OFFICES OF ROBERT M. AMPARAN
Robert M. Amparan (SBN 172132)
861 Bryant Street
San Francisco, CA 94103
Ph: (415) 431-1313
Fax: (415) 431-1312
Email: amparanlaw@gmail.com
```

**FILED**
JUL 3 1 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0474 WHA |
| Plaintiff, | |
| v. | DECLARATION OF COUNSEL AND [PROPOSED] ORDER |
| CHRISTOPHER HAMILTON, | |
| Defendant. | |

I, ROBERT M. AMPARAN, Declare as follows:

1. On Tuesday, July 29, 2008, I specially appeared as counsel on behalf of defendant in this action, Christopher Hamilton. The matter was on for detention hearing, as Mr. Hamilton was returned to custody after being refused admission into Newbridge residential drug treatment program due to his need for medical detoxification.

2. The Assistant U.S. Attorney, representative of U.S. Pre-trial Services, and defense counsel all agreed that Mr. Hamilton should be released as soon as he had been medically cleared by Santa Rita Jail medical personnel, and accepted back into the Newbridge program.

3. Mr. Hamilton has been medically cleared by Dr. Orr, Medical Director of Prison Health Services at Santa Rita. Pre-Trial Services has been provided documentation of said medical clearance. I have been advised by Victoria Gibson of U.S. Pre-

1 | Trial Services that the Newbridge Program is prepared to accept
2 | Mr. Hamilton upon his release from federal detention.
3 |     4.   As the prerequisites to his release have been
4 | satisfied, I now request that Mr. Hamilton be released from
5 | detention to be effective Monday, August 4, 2008 at 11:00 a.m.
6 | so as to facilitate Mr. Hamilton's direct transportation from
7 | the Santa Rita detention facility to Newbridge by Newbridge
8 | personnel. It is further requested that all other conditions of
9 | Mr. Hamilton's release remain as previously ordered by this
10 | Court.
11 |
12 | I declare under penalty of perjury that the foregoing is true and correct of my own knowledge, except as to those matters
13 | stated on information and belief, and as to those matters I believe them to be true. This declaration being executed this
14 | 31st day of July, 2008, at San Francisco, California.
15 |
16 |                               /s/ ROBERT M. AMPARAN
                              ROBERT M. AMPARAN
17 |
18 |
19 | //
20 | //
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |