JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0474 WHA |
|     Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| CHRISTOPHER HAMILTON | |
|     Defendant. | |

    With the agreement of the parties in open court, and with the consent of defendant Christopher Hamilton, the Court enters this order documenting defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from August 12, 2008 through August 19, 2008, the date of the defendant's initial appearance before the District Court. The parties agree, and the Court finds and holds, as follows:

    1.    Defendant was arraigned on the indictment in this case on July 18, 2008. On that date, the government made a motion for the defendant's pretrial detention. On July 23, 2008, Magistrate Judge Maria-Elena James released defendant on an unsecured bond, although he was not actually released from custody until July 31, 2008. On July 23, 2008, Judge James also

STA Stipulation
CR 08-0474 WHA

1  excluded time under the Speedy Trial Act until August 12, 2008.

2      2.    On August 12, 2008, the parties appeared before the Court for appointment of counsel for the defendant. On that date, the Court also scheduled the defendant's initial appearance before the District Court for August 19, 2008. On August 12, 2008, defense counsel was provided with discovery in this case.

    3.    Given these circumstances, on August 12, 2008, the Court found that the ends of justice served by excluding the period from August 12, 2008 through August 19, 2008 outweigh the best interest of the public and the defendant in a speedy trial. Id. at § 3161(h)(8)(A).

    4.    Accordingly, and with the consent of the defendant, the Court ordered that the period from August 12, 2008 through August 19, 2008 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: August 13, 2008          \s\
                                  GEOFFREY HANSEN
                                  Attorney for Defendant

DATED: August 13, 2008          \s\
                                  ALLISON MARSTON DANNER
                                  Assistant United States Attorney

IT IS SO ORDERED.

DATED:   8/15/8
                                  JOSEPH C. SPERO
                                  United States Magistrate Judge