UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: August 19, 2008

Case No.: CR 08-00474 WHA

Title: UNITED STATES -v- CHRISTOPHER MICHAEL HAMILTON (present)

Appearances:

    For the Government: Allison Danner

    For the Defendant(s): Geoff Hansen

Interpreter: n/a                      Probation Officer: n/a

Deputy Clerk: Dawn Toland             Court Reporter: Margo Gurule

**PROCEEDINGS**

1) Trial Setting - HELD

2) 

Case continued to 9/9/08 at 2:00 pm for Status/Setting

**ORDERED AFTER HEARING:**

Defendant is now represented by the FPD's office. Counsel is reviewing discovery and will be prepared to talk about scheduling at the next hearing. Time is excluded from today until 9/9/08 for effective preparation of counsel.