1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  ALLISON MARSTON DANNER (CSBN 195046)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7144
7  FAX: (415) 436-7234
   Email: allison.danner@usdoj.gov
8
   Attorneys for the United States of America
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,      )   No. CR 08-0474 WHA
                                   )
14       Plaintiff,                )   STIPULATION AND [PROPOSED]
                                   )   ORDER EXCLUDING TIME FROM
15       v.                        )   SPEEDY TRIAL ACT CALCULATION
                                   )   (18 U.S.C. § 3161(h)(8)(A))
16  CHRISTOPHER HAMILTON           )
                                   )
17       Defendant.                )
                                   )
18

19       With the agreement of the parties in open court, and with the consent of defendant

20  Christopher Hamilton, the Court enters this order documenting defendant's exclusion of time

21  under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from August 19, 2008 through September 9,

22  2008, the date of the defendant's next appearance before this Court.  The parties agree, and the

23  Court finds and holds, as follows:

24       1.   Defendant was arraigned on the indictment in this case on July 18, 2008.  On

25  August 12, 2008, Geoffrey Hansen was appointed to represent defendant.

26       2.   Defendant made his initial appearance before this Court on August 19, 2008.  At

27  that appearance, the parties jointly requested a further status date of September 9, 2008.  At the

28  STA Stipulation
    CR 08-0474 WHA

1  appearance on August 19, 2008, defendant agreed to an exclusion of time under the Speedy Trial
2  Act until the next appearance in the case on September 9, 2008.  Due to his recent appointment,
3  defense counsel had only had one week to review the discovery in the case and to begin his own
4  investigation into the matter.
5       3.   Given these circumstances, on August 19, 2008, the Court found that the ends of
6  justice served by excluding the period from August 19, 2008 through September 9, 2008
7  outweigh the best interest of the public and the defendant in a speedy trial.  Id. at
8  § 3161(h)(8)(A).
9       4.   Accordingly, and with the consent of the defendant, the Court ordered that the
10 period from August 19, 2008 through September 9, 2008 be excluded from Speedy Trial Act
11 calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).
12       IT IS SO STIPULATED.

14 DATED: August 26, 2008            \s\
                                     GEOFFREY HANSEN
15                                   Attorney for Defendant

17 DATED: August 26, 2008            \s\ Allison Danner
                                     ALLISON MARSTON DANNER
18                                   Assistant United States Attorney

20       IT IS SO ORDERED.

22 DATED: August 27, 2008
                                     HON. WILLIAM H. ALSUP
23                                   United States District Judge

28
STA Stipulation
CR 08-0474 WHA                              2