1 JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
2
BRIAN J. STRETCH (CSBN 163973)
3 Chief, Criminal Division

4 ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney
5
   450 Golden Gate Avenue, Box 36055
6  San Francisco, California 94102-3495
   Telephone: (415) 436-7144
7  FAX: (415) 436-7234
   Email: allison.danner@usdoj.gov
8
Attorneys for the United States of America
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,      )    No. CR 08-0474 WHA
                                  )
14       Plaintiff,               )    STIPULATION AND [~~PROPOSED~~]
                                  )    ORDER EXCLUDING TIME FROM
15     v.                         )    SPEEDY TRIAL ACT CALCULATION
                                  )    (18 U.S.C. § 3161(h)(8)(A))
16 CHRISTOPHER HAMILTON           )
                                  )
17       Defendant.               )
                                  )
   _____ )
18

19       With the agreement of the parties in open court, and with the consent of defendant

20 Christopher Hamilton, the Court enters this order documenting defendant's exclusion of time

21 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1), from September 9, 2008 through October

22 14, 2008, the date of the defendant's next appearance before this Court.  The parties agree, and

23 the Court finds and holds, as follows:

24       1.      Defendant was arraigned on the indictment in this case on July 18, 2008.

25       2.      On September 9, 2008, the parties appeared before this Court.  At that appearance,

26 the parties jointly requested a further status date of October 14, 2008.  At the appearance on

27 September 9, 2008, defendant agreed to an exclusion of time under the Speedy Trial Act until the

28
STA Stipulation
CR 08-0474 WHA

1   next appearance.  Defense counsel and the government asserted that they needed this time in

2   order to prepare effectively for the case.

3          3.          Given these circumstances, on September 9, 2008, the Court found that the ends

4   of justice served by excluding the period from September 9, 2008 through October 14, 2008

5   outweigh the best interest of the public and the defendant in a speedy trial.  Id. at

6   § 3161(h)(8)(A).

7          4.          Accordingly, and with the consent of the defendant, the Court ordered that the

8   period from September 9, 2008 through October 14, 2008 be excluded from Speedy Trial Act

9   calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

10         IT IS SO STIPULATED.

11

12  DATED:  September 12, 2008                    \s\
                                                  GEOFFREY HANSEN
13                                                Attorney for Defendant

14

15  DATED:  September  12, 2008                   \s\
                                                  ALLISON MARSTON DANNER
16                                                Assistant United States Attorney

17

18         IT IS SO ORDERED.

19

20  DATED: _____  September 18, 2008

21                                                WILLIAM H. ALSUP
                                                  United States District Judge

22

23

24

25

26

27

28
    STA Stipulation
    CR 08-0474 WHA                              2