**FILED**

**SEP 2 4 2008**

**PROPOSED ORDER/COVER SHEET**

RICHARD W. WIEKING
CLERK DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TO:**   Honorable Maria Elena James<br>U.S. Magistrate Judge | **RE:**   Christopher HAMILTON |
| **FROM:**   Richard W. Wieking, Acting Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:**   CR08-00474 WHA |
| **DATE:**   September 23, 2008 | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

_____Victoria Gibson_____                              _____510-637-3752_____
**U.S. Pretrial Services Specialist**                       **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐   I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☑   Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____B_____ on _____Oct. 2, 2008_____ at _____10:00 A.M.____ .

☐   Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding  District Court Judge_____

☐   I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐   Modification(s)

A.

B.

☐   Bail Revoked/Bench Warrant Issued.

☐   I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐   Other Instructions:

_____

_____

_____

MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

**JUDICIAL OFFICER**                                               **DATE**   9·24·08

Cover Sheet (06/02/08)